IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHANCE M. CLARK,

      Appellant,

 v.                                  Case No.  5D16-3817

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed June 9, 2017

3.801 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Chance M. Clark, Live Oak, pro se.

No Appearance for Appellee.


PER CURIAM.

We affirm the summary denial of Appellant's rule 3.800(a)/3.801 motion without prejudice to Appellant seeking relief pursuant to a timely filed rule 3.850 motion.

AFFIRMED.

COHEN, C.J., and PALMER and EVANDER,, JJ., concur.